UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALLEN EUGENE GREGORY,<br><br>                Petitioner,<br><br>   v.<br><br>DONALD R. HOLBROOK,<br><br>                Respondent. | CASE NO. 3:22-CV-5426-TL-DWC<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND |

The District Court has referred this action filed under 28 U.S.C. § 2254 to United States Magistrate Judge David W. Christel. Currently pending before the Court is Petitioner Allen Eugene Gregory's Motion to Continue. Dkt. 14. Petitioner requests an extension of time, until January 3, 2023, to file his response to Respondent's Answer. *Id*. Petitioner requests the approximately 70-day extension because Respondent's Answer is large and he is attempting to find counsel. *Id*.

After review of Petitioner's Motion and the relevant record, the Motion (Dkt. 14) is granted.[1] Petitioner's response to the Answer must be filed on or before January 3, 2023. Respondent's optional reply is due on or before January 6, 2023. The Clerk is directed to re-note Respondent's Answer (Dkt. 12) for January 6, 2023.

Dated this 1st day of November, 2022.

David W. Christel
United States Magistrate Judge

---

[1] As this is Petitioner's first request for an extension and as the state court record is over 5500 pages in length, the Court finds an extension of time is warranted and a response from Respondent is not necessary. If Respondent wishes to be heard, he may file a motion for reconsideration.