UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALLEN EUGENE GREGORY,

    Petitioner,

v.

DONALD R. HOLBROOK,

    Respondent.

CASE NO. 3:22-CV-5426-TL-DWC

ORDER DIRECTING RESPONSE

On February 14, 2023, Petitioner, through counsel, filed a Second Renewed Motion to Appoint Counsel and Motion to Continue Due Date. Dkt. 19. Petitioner seeks appointment of counsel to represent him in this 28 U.S.C. § 2254 action. *Id*. Specifically, Petitioner requests the Federal Public Defender ("FPD") and Michael Filipovic, a private attorney, be appointed to represent him. He also requests a six-month continuance to file a traverse. *Id*. Petitioner states Respondent's counsel informed Mr. Filipovic that Respondent did not oppose a six-month continuance. *Id*. However, there is no indication Respondent does not oppose appointment of counsel. Respondent did not file a response to the Motion.

After review of Petitioner's Motion, the Court orders Respondent to file a response. The parties are directed to comply with the following briefing schedule:

- Respondent is ordered to file a response to Petitioner's Motion (Dkt. 19) on or before March 20, 2023.
- Petitioner may file an optional reply to Respondent's response on or before March 24, 2023.

The Clerk is directed to re-note Petitioner's Motion (Dkt. 19) and Respondent's Answer (Dkt. 12) for March 24, 2023.

Dated this 9th day of March, 2023.

*/s/ David W. Christel*
David W. Christel
Chief United States Magistrate Judge