DISTRICT JUDGE TANA LIN
MAGISTRATE JUDGE DAVID W. CHRISTEL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALLEN EUGENE GREGORY,<br><br>Petitioner,<br><br>v.<br><br>DONALD R. HOLBROOK,<br><br>Respondent. | No. CV22-5426-TL-DWC<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |

The Court has reviewed the unopposed motion of the Petitioner to extend the time to file a traverse in support of his habeas petition from August 28, 2023, to September 11, 2023, and the records in this case.

The motion is GRANTED. Mr. Gregory may file his traverse on or before September 11, 2023. Any optional reply is due on or before September 15, 2023. The Clerk is directed to re-note Respondent's Answer (Dkt. 12) to September 15, 2023.

DATED this 23rd day of August 2023.

_____
David W. Christel
Chief United States Magistrate Judge

Presented by:

s/ *Vicki W.W. Lai*
s/ *Ann K. Wagner*
Assistant Federal Public Defenders
Attorneys for Allen Gregory

ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION
OF TIME TO FILE REPLY
(*Gregory v. Holbrook*, No. CV22-5426) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100