JUDGE TANA LIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

ALLEN EUGENE GREGORY,

    Petitioner,

v.

DONALD R. HOLBROOK,

    Respondent.

No. CV22-5426-TL

(~~PROPOSED~~) ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS

THE COURT has reviewed Petitioner Allen Gregory's unopposed motion to extend the time to file objections to the Report and Recommendation for four weeks.

The motion is GRANTED. Mr. Gregory may file his objections to the Report and Recommendation by May 8, 2024.

DATED this 4th day of April 2024.

_____
TANA LIN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Ann K. Wagner*
Assistant Federal Public Defender
Attorney for Allen Gregory

ORDER TO EXTEND TIME
TO FILE OBJECTIONS
(*Gregory v. Holbrook*, No. CV22-5426-TL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**